# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CURTIS LEROY FREEMAN,

    Petitioner

vs.

MULE CREEK STATE PRISON
(Warden)
    Respondent(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER '08 CV 1421 J RBB



I, __Curtis Leroy Freeman__, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. __Mule Creek State Prison, State of California__

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?   ☐ Yes   ☒ No

   a.  If the answer is "Yes" state the amount of your pay.

   b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. __I am disabled__

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No

   b. Rent payments, interest or dividends   ☐ Yes   ☒ No

   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No

   d. Disability or workers compensation payments   ☐ Yes   ☒ No

   e. Gifts or inheritances   ☐ Yes   ☒ No

   f. Any other sources   ☒ Yes   ☐ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

   __I make 40 cents each hour working in the prison sowing shop.__

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

  If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

  If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

  If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Nobody depends on me for support

I declare under penalty of perjury that the above information is true and correct.

July    , 2008                    _____
DATE                              SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

_____           _____
DATE                               SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

```
FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 22, 2008

ACCOUNT NUMBER : V94399                     BED/CELL NUMBER : A 0100000000104L
ACCOUNT NAME   : FREEMAN, CURT LEROY        ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                        TRUST ACCOUNT ACTIVITY

 DATE  TRAN
       CODE   DESCRIPTION          COMMENT        CHECK-NUM  DEPOSITS   WITHDRAWALS   BALANCE
 ----  ----   -----------          -------        ---------  --------   -----------   -------
01/01/2008    BEGINNING BALANCE                                                         8.52
01/07*VD50    INMATE-PAYROL DEC.        2442                  10.00                    18.52
01/10 W534    MEDICAL CHARG BACK        2537                             10.75          7.77
02/05*VD50    INMATE-PAYROL JAN         2826                  18.72                    26.49
02/14 W415    CASH WITHDRAW FIRES 2995 174816294                          1.00         25.49
02/19 FC01    DRAW-FAC 1                A3RD   3030                      25.00          0.49
03/05*VD50    INMATE-PAYROL FEB         3165                  17.01                    17.50
03/10 FR01    CANTEEN-RETUR 703228                                       17.15-        34.65
04/08 FC01    DRAW-FAC 1                A/1ST  5647                      34.00          0.65
05/05*VD50    INMATE-PAYROL APRIL       4020                  12.15                    12.80
05/07 W516    LEGAL COPY CH 0412        4070                              1.20         11.60
05/19 FC01    DRAW-FAC 1                AYD/3  4290                      11.00          0.60
05/23 W534    MEDICAL CHARG KNEE        4362                              0.60          0.00
06/03*VD50    INMATE-PAYROL MAY         4473                  16.74                    16.74
06/18*VOR1    REST OVERPMT              4657                                           358.93
06/18 VOF1    ADMIN FEE-RES REST        4657                 342.19                   393.14
06/18*VOR2    REV. REST OVE REST        4657                  34.21                    50.95
                                                             342.19-
06/18 VOF2    REV ADMIN FE  REST        4657                                           16.74
                                                              34.21-
06/23 FC01    DRAW-FAC 1                AYD/3.4707                        0.74          0.74
06/27 FR01    CANTEEN-RETUR 704768                            16.00                    16.74
07/02*VD50    INMATE-PAYROL JUN         0039                  19.53                    36.27
                                                              16.00-
07/21 FC01    DRAW-FAC 1                AYD/3  0280                      36.00          0.27

              *  RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/26/05          CASE NUMBER: *SWF009268
COUNTY CODE: *RIV                 FINE AMOUNT: $ 50,000.00

 DATE        TRANS.  DESCRIPTION          TRANS. AMT.   BALANCE
 ----        ------  -----------          -----------   -------
01/01/2008           BEGINNING BALANCE                  49,740.72
```

ACCT: V94399      ACCT NAME: FREEMAN, CURT LEROY      ACCT TYPE: I

**\* RESTITUTION ACCOUNT ACTIVITY**

DATE SENTENCED: 08/26/05                           CASE NUMBER: *SWF009268
COUNTY CODE: *RIV                                  FINE AMOUNT: $ 50,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 01/07/08 | VR50 | RESTITUTION-DEDUCTION-INDUSTRY | 11.11- | 49,729.61 |
| 02/05/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 20.80- | 49,708.81 |
| 03/05/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 18.90- | 49,689.91 |
| 05/05/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 13.50- | 49,676.41 |
| 06/03/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 18.60- | 49,657.81 |
| 06/18/08 | VOR1 | REST OVERPMT ONLY | 342.19 | 50,000.00 |

**\* RESTITUTION ACCOUNT ACTIVITY**

DATE SENTENCED: 08/26/05                           CASE NUMBER: SWF009268
COUNTY CODE: RIV                                   FINE AMOUNT: $ 1,400.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 01/01/2008 | | BEGINNING BALANCE | | 1,392.00 |
| 06/18/08 | VOR2 | REV REST OVERPMT ONLY | 342.19- | 1,049.81 |
| 07/02/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 21.70- | 1,028.11 |

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. \*

**TRUST ACCOUNT SUMMARY**

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 8.52 | 94.15 | 102.40 | 0.27 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
0.27

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS