

cacd_ecfmail@cacd.uscourts.gov
08/27/2008 08:13 AM

To: InterdistrictTransfer_CASD@casd.uscourts.gov
cc:
bcc:
Subject: Transferred case has been opened

```
CASE: 3:08-cv-01421

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
as case 5:08-cv-01141, filed 08/22/2008.
```